**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal No. 1:22- |
| | : | |
| CHARITY KEYS, | : | VIOLATION: |
| | : | 18 U.S.C. §§ 201(b)(2) (Bribery) |
| Defendant. | : | |
| | : | FORFEITURE: |
| | : | 18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c) |

## INFORMATION

The United States of America charges that:

### COUNT ONE

1.  From in or about 2016 to in or about 2020, within the District of Columbia and elsewhere, the defendant, CHARITY KEYS, being a public official of the District of Columbia, corruptly did demand, seek, receive, accept, and agree to receive and accept anything of value in exchange for being influenced in the performance of any official act and for being induced to do and omit to do any act in violation of her official duty; that is, KEYS demanded, sought, received, accepted, and agreed to receive and accept money from Contractor 1 in exchange for steering government contracts and funds to Company 1, which was owned by Contractor 1.

All in violation of Title 18, United States Code, Section 201(b)(2).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 of this Information, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to these offenses, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

The United States will also seek a forfeiture money judgment against the defendant in the amount of $42,500.

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third party;

      c.    has been placed beyond the jurisdiction of the Court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United Sates Code, Section 2461(c), and Title 21, United States Code, Section 853(p)).

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By: *Molly Gaston*
MOLLY GASTON (VA 78506)
AMANDA R. VAUGHN (MD)
Assistant United States Attorneys
Fraud, Public Corruption, and Civil Rights Section
U.S. Attorney's Office
555 4th Street, N.W., 5th Floor
Washington, D.C. 20530
(202) 252-7803 (Gaston)
(202) 252-1793 (Vaughn)
molly.gaston@usdoj.gov
amanda.vaughn@usdoj.gov

3